IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EEOC,

        Plaintiff,

  v.

COPART INC,

        Defendant.

_____/

No. C 06-06144 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 30, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 7, 2007.

DESIGNATION OF EXPERTS: 8/3/07; REBUTTAL: 8/20/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 7, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by September 21, 2007;

    Opp. Due October 5, 2007; Reply Due October 12, 2007;

    and set for hearing no later than October 26, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 18, 2007 at 3:30 PM.

JURY TRIAL DATE: January 7, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be eight days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in mediation by March 19, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/17/06

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California